Motion DENIED as Moot - duplicate.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FLOYD D. POLSON ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 3:10-cv-745 |
| ) | JUDGE TRAUGER |
| THE CITY OF MURFREESBORO, ) | |
| TENNESSEE and TREY MANSFIELD, ) | |
| individually and as a Police Officer of ) | |
| the City of Murfreesboro, ) | |
| ) | |
|     Defendants. ) | |

## MOTION TO EXTEND TIME TO SUBMIT INITIAL DISCLOSURES

Plaintiff, Floyd D. Polson, moves to extend the deadlines for both Parties to filing their respective Initial Disclosures. Counsel for the Plaintiff needs additional time to prepare due to an unexpected schedule demand. There is no objection to this extension by the Defendants, as evidenced by the Agreed Order submitted with this Motion.

/s/ Steven E. Sager
Steven E. Sager, BPR No. 006042
*Attorney for Plaintiff, Floyd D. Polson*
8 Lincoln Square
1535 W. Northfield Blvd.
Murfreesboro, TN  37129
Telephone: (615) 907-9668
Fax:  (615) 895-7226