# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FLOYD D. POLSON )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>THE CITY OF MURFREESBORO, )<br>TENNESSEE and TREY MANSFIELD, )<br>individually and as a Police Officer of )<br>the City of Murfreesboro, )<br>)<br>    **Defendants.** ) | **Docket No. 3:10-cv-745**<br>**JUDGE TRAUGER** |

## AGREED ORDER EXTENDING TIME TO SUBMIT
## INITIAL DISCLOSURES TO ANSWER

The Parties have agreed, as evidenced by the signatures of the counsel below, that both Parties shall have an additional seven (7) days within which to file their respective Initial Disclosures.

It is therefore ORDERED that the Parties shall have until November 11, 2010 to file their respective Initial Disclosures in this case.

                                                              _____
                                                               Judge

Approved for entry by:

/s/ Steven E. Sager
Steven E. Sager, BPR No. 006042
*Attorney for Plaintiff, Floyd D. Polson*
8 Lincoln Square
1535 W. Northfield Blvd.
Murfreesboro, TN 37129
Telephone: (615) 907-9668
Fax: (615) 895-7226

/s/ L. Marshall Albritton
L. Marshall Albritton (Sup. Ct. No. 13515)
*Attorney for The City of Murfreesboro and*
*Trey Mansfield*
Parker, Lawrence, Cantrell & Dean
200 Fourth Avenue, North
Fifth Floor, Noel Place
Nashville, TN 37219
Telephone: (615) 255-7500
Fax: (615) 242-1515

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Agreed Order will be transmitted electronically to:

L. Marshall Albritton
*Attorney for The City of Murfreesboro*
*and Trey Mansfield*
Parker, Lawrence, Cantrell & Dean
200 Fourth Avenue, North
Fifth Floor, Noel Place
Nashville, TN 37219

This the 5th day of November, 2010

/s/ Steven E. Sager
Steven E. Sager, Esq.