UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **FLOYD D. POLSON** | ) |
| | ) |
| v. | ) Civil Action No. 3:10-0745 |
| | ) Judge Sharp/Knowles |
| **THE CITY OF MURFREESBORO,** | ) |
| **TENNESSEE, et al.** | ) |

### O R D E R

Pending before the Court is the parties' Joint Motion to Extend Time for Deposing Defendant's Expert and Dispositive Motion Deadline. Docket Entry No. 23. This Motion is granted, and with permission of Judge Sharp, the trial date is continued. The following deadlines are extended as follows:

1. The Discovery Deadline is extended to and including September 14, 2011, for the limited purpose of Plaintiff deposing Defendants' Expert.

2. All dispositive motions shall be filed on or before October 17, 2011.

6. The jury trial is reset for **February 14, 2012, at 9:00 a.m.** before the Honorable Kevin H. Sharp. The pretrial conference is reset for **January 23, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge