# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| FLOYD D. POLSON | ) | |
| | ) | |
| v. | ) | NO.  3:10-0745 |
| | ) | JUDGE SHARP |
| THE CITY OF MURFREESBORO, | ) | |
| TENNESSEE, et al., | ) | |

## ORDER

The jury trial scheduled for March 27, 2012 and the pretrial conference scheduled for February 27, 2012 are hereby CONTINUED to be reset, if necessary, after the Court issues a ruling on the pending dispositive motion.

It is so ORDERED.

_Kevin H. Sharp_

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE